# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Whitnee Chatman, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  2:12-cv-01503-LMA-ALC |
| | : |
| CTI Collection Services, Inc.; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 5, 2012

Respectfully submitted,

PLAINTIFF, Whitnee Chatman

By: ___*/s/ Kenneth D. McLean*_____
Kenneth D. McLean, Esq. (LSB No. 30190)
THE McLEAN LAW FIRM, LLC
P.O. Box 38161
Germantown, TN 38183-0161
Telephone: (901) 326-6888
Facsimile: (901) 531-8102
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-342

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Kenneth D. McLean*

Kenneth D. McLean, Esq.