UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Whitnee Chatman, | : <br> : <br> : |
| Plaintiff, | : Civil Action No.: 2:12-cv-01503-LMA-ALC <br> : |
| v. | : <br> : |
| Collection Technology, Inc.; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Whitnee Chatman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 9, 2012

                                                                                                  PLAINTIFF, Whitnee Chatman

                                                                                                  By:   */s/ Kenneth D. McLean*
                                                                             Kenneth D. McLean, Esq. (LSB No. 30190)
                                                                             THE McLEAN LAW FIRM, LLC
                                                                             P.O. Box 38161
                                                                             Germantown, TN 38183-0161
                                                                             Telephone: (901) 326-6888
                                                                             Facsimile: (901) 531-8102
                                                                             Attorneys for Plaintiff

                                                                             Of Counsel To:

                                                                             LEMBERG & ASSOCIATES L.L.C.
                                                                             1100 Summer Street, 3rd Floor
                                                                             Stamford, CT 06905
                                                                             Telephone: (203) 653-2250
                                                                             Facsimile:  (203) 653-3424

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By _/s/ Kenneth L. McLean_____

                 Kenneth L. McLean, Esq.